Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 16−16743−JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard J Emerle
   1321 Stonehenge Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−0637

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 29, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 19
Order Granting Application for Extension of Loss Mitigation (Related Doc # 19). Loss Mitigation Period Extended to: 10/23/2016. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/29/2016. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 29, 2016
JJW: cmf

                                                                             James J. Waldron
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-16743-JNP
Leonard J Emerle                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin          Page 1 of 1          Date Rcvd: Jul 29, 2016
                  Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
lm             +Shellpoint Mortgage Servicing,    Po Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    MTGLQ INVESTORS, L.P. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Seymour  Wasserstrum    on behalf of Debtor Leonard J Emerle mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                                                      TOTAL: 3