Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–16743–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard J Emerle
   1321 Stonehenge Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx–xx–0637

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 5, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 23 – 3
Order Approving Interim Confirmation Order (related document:3 Chapter 13 Plan and Motions filed by Debtor Leonard J Emerle). Payments in the amount of $260.00 per month, beginning 8/1/2016. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/5/2016. Final Confirmation hearing to be held on 11/2/2016 at 09:00 AM at JNP – Courtroom 4C, Camden. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 5, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-16743-JNP
Leonard J Emerle                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin             Page 1 of 1            Date Rcvd: Aug 05, 2016
                          Form ID: orderntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
lm              +Shellpoint Mortgage Servicing,   Po Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Joshua I. Goldman    on behalf of Creditor   MTGLQ INVESTORS, L.P. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Seymour  Wasserstrum    on behalf of Debtor Leonard J Emerle mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                                            TOTAL: 3