Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−16743−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard J Emerle
   1321 Stonehenge Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−0637

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       8/17/17
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, Attorney

COMMISSION OR FEES
$2,000.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 10, 2017
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-16743-JNP
Leonard J Emerle                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: 137             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
```
db              +Leonard J Emerle,   1321 Stonehenge Drive,    Williamstown, NJ 08094-1961
516108446       +American Coradius International LLC,    2420 Sweet Home Rd, Ste 150,   Amherst, NY 14228-2244
516108447        American Express,   PO Box 360002,   Ft Lauderdale, FL 33336-0002
516194209        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern PA 19355-0701
516108448        Bank Of America,   PO Box 7047,   Dover, DE 19903-7047
516108449        Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516135356        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516108450        Citimortgage,   PO Box 660065,   Dallas, TX 75266-0065
516108451       ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell,   PO Box 80409,   Austin, TX 78708)
516319251        Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                  Kirkland, WA  98083-0657
516108456       +Karen Emerle,   1321 Stonehenge Drive,   Williamstown, NJ 08094-1961
516108459       +Lyons Doughty & Veld Huis,   136 Gaither Drive, Suite 100,,   Mount Laurel, NJ 08054-2239
516194777       +MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                  Greenville, SC 29603-0826
516108460       +Macys,   P.O. Box 8218,   Mason, OH 45040-8218
516108462        Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                  Trenton, NJ 08625-0112
516108463       +Phelan Hallinan, Diamond, & Jones, PC,   400 Fellowship Road Suite 100,
                  Mt. Laurel, NJ 08054-3437
516285798       +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                  Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
516108467       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   P.O. Box 245,
                  Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
516108466        Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2017 23:25:57     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2017 23:25:55     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516108454        E-mail/Text: cio.bncmail@irs.gov Jul 10 2017 23:25:35     Internal Revenue Service,
                  P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07081
516108455        E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:05     JC Penney,   2004 Bassett Avenue,
                  El Paso, TX 79901-1923
516108457       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:24     Kohls,   PO Box 3115,
                  Milwaukee, WI 53201-3115
516108458        E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46     Lowes,   PO Box 530914,
                  Atlanta, GA 30353-0914
516108461       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2017 23:25:55     Midland Funding,
                  8875 Aero Dr, Ste 200,   San Diego, CA 92123-2255
516108464        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2017 23:42:56
                  Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
516322794        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2017 23:28:13
                  Portfolio Recovery Associates, LLC,   c/o Jc Penney,   POB 41067,   Norfolk VA 23541
516322890        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2017 23:43:46
                  Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
516108465       +E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2017 23:26:03     Real Time Resolutions,
                  1349 Empire Central Drive, Suire 150,   Dallas, TX 75247-4029
516108468       +E-mail/Text: bnc@alltran.com Jul 10 2017 23:25:22     United Recovery Systems,
                  P.O. Box 722910,   Houston, TX 77272-2910
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +Shellpoint Mortgage Servicing,   Po Box 10826,   Greenville, SC 29603-0826
516108453*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 724,   Springfield, NJ 07081)
516108452*      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   MTGLQ INVESTORS, L.P. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Leonard J Emerle mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                                      TOTAL: 5
```