UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on August 17, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Leonard J Emerle

Case No.: 16-16743

Chapter: 13

Hearing Date: 8/3/2017 @ 2:00PM

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Leonard J Emerle
Case No.: 16-16743/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $2000.00 for services rendered and expenses in the amount of $0.00 for a total of $2000.00. The allowance shall be payable:

☒   through the Chapter 13 plan as an administrative priority.

☐   outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.