| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leonard J Emerle** | Social Security number or ITIN   xxx–xx–0637 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–16743–JNP | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leonard J Emerle

<u>8/11/21</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-16743-JNP

Leonard J Emerle                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2021 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard J Emerle, 1321 Stonehenge Drive, Williamstown, NJ 08094-1961 |
| cr | + | Planet Home Lending, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Planet Home Lending, LLC as servicer for Wilmingto, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516108446 | + | American Coradius International LLC, 2420 Sweet Home Rd, Ste 150, Amherst, NY 14228-2244 |
| 516108450 | | Citimortgage, PO Box 660065, Dallas, TX 75266-0065 |
| 516108456 | + | Karen Emerle, 1321 Stonehenge Drive, Williamstown, NJ 08094-1961 |
| 516108459 | + | Lyons Doughty & Veld Huis, 136 Gaither Drive, Suite 100,, Mount Laurel, NJ 08054-2239 |
| 516194777 | + | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 516108462 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517404068 | + | PLANET HOME LENDING, LLC, 321 RESEARCH PARKWAY, SUITE 303, MERIDEN, CT 06450-8342 |
| 517404069 | + | PLANET HOME LENDING, LLC, 321 RESEARCH PARKWAY, SUITE 303, MERIDEN, CT 06450, PLANET HOME LENDING, LLC 321 RESEARCH PARKWAY 06450-8342 |
| 516108463 | + | Phelan Hallinan, Diamond, & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516108467 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 516108466 | | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516108447 | | EDI: AMEREXPR.COM | Aug 12 2021 00:28:00 | American Express, PO Box 360002, Ft Lauderdale, FL 33336-0002 |
| 516194209 | | EDI: BECKLEE.COM | Aug 12 2021 00:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516108448 | | EDI: BANKAMER2.COM | Aug 12 2021 00:28:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 516108449 | | EDI: CAPITALONE.COM | Aug 12 2021 00:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516135356 | | EDI: CAPITALONE.COM | Aug 12 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516108451 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 11 2021 20:48:28 | Dell, PO Box 80409, Austin, TX 78708 |
| 516108460 | + | EDI: CITICORP.COM | Aug 12 2021 00:28:00 | Macys, P.O. Box 8218, Mason, OH 45040 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Aug 11, 2021 | Form ID: 3180W | Total Noticed: 36

| | | | |
|---|---|---|---|
| 516319251 | EDI: Q3G.COM | Aug 12 2021 00:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516108454 | EDI: IRS.COM | Aug 12 2021 00:28:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 516108455 | EDI: RMSC.COM | Aug 12 2021 00:28:00 | JC Penney, 2004 Bassett Avenue, El Paso, TX 79901-1923 |
| 516108457 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2021 20:29:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516108458 | EDI: RMSC.COM | Aug 12 2021 00:28:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516108461 | + EDI: MID8.COM | Aug 12 2021 00:28:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 516108464 | EDI: PRA.COM | Aug 12 2021 00:28:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516322794 | EDI: PRA.COM | Aug 12 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 516322890 | EDI: PRA.COM | Aug 12 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 516285798 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 20:48:29 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516108465 | + Email/Text: bkdepartment@rtresolutions.com | Aug 11 2021 20:29:00 | Real Time Resolutions, 1349 Empire Central Drive, Suire 150, Dallas, TX 75247-4029 |
| 516108468 | + EDI: URSI.COM | Aug 12 2021 00:28:00 | United Recovery Systems, P.O. Box 722910, Houston, TX 77272-2910 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Planet Home Lending, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| lm | *+ | Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |
| 516108453 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 516108452 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021            Signature:        /s/Joseph Speetjens

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 3180W | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor Planet Home Lending  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 bankruptcy@friedmanvartolo.com |
| Joshua I. Goldman | on behalf of Creditor MTGLQ INVESTORS  L.P. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 nj.bkecf@fedphe.com |
| Seymour Wasserstrum | on behalf of Debtor Leonard J Emerle mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |

TOTAL: 9